Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 12–38282–JHW
Chapter: 7
Judge: Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Angel L Cosme Sr.<br>503 South Second Street<br>Vineland, NJ 08360 | Carmen J Cosme<br>503 South Second Street<br>Vineland, NJ 08360 |

Social Security No.:
 xxx–xx–1920                                                          xxx–xx–0297

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 16, 2021</u>          <u>Judith H. Wizmur</u>
                                         Judge, United States Bankruptcy Court